# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

**OLIN BIDDY,**                                  *
    *Plaintiff,*
    **vs.**                             *           Case No. 11-2992- RDB
**INTEGRAL SYSTEMS, INC. and
CVG INCORPORATED,**
    *Defendants.*                        *

\*\*\*\*\*\*

## ENTRY OF APPEARANCE

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

Enter my appearance as counsel in this case for: Defendants Integral Systems, Inc. and CVG Incorporated.

I certify that I am admitted to practice in this court.

| | |
|---|---|
| November 7, 2011 | /s/ |
| *Date* | *Signature of Counsel* |
| | Steven F. Benz        13353 |
| | *Print Name        Bar Number* |
| | Kellogg, Huber, Hansen, Todd, Evans & Figel, PLLC |
| | *Firm Name* |
| | 1615 M St., NW, Suite 400 |
| | *Address* |
| | Washington, D.C. 20036 |
| | *City/State/Zip* |
| | (202) 326-7929 |
| | *Phone No.* |
| | (202) 326-7999 |
| | *Fax No.* |
| | sbenz@khhte.com |
| | *Email Address* |