# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| OLIN BIDDY | * | |
| vs. | * | Case No.   11-2992-RDB |
| INTEGRAL SYSTEMS, INC. AND CVG INCORPORATED, | * | |
| | ****** | |

## DISCLOSURE OF CORPORATE INTEREST

*Check all that apply:*

☐   I certify, as party/counsel in this case that _____
(name of party)
is not an affiliate or parent of any corporation, and no corporation, unincorporated association, partnership or other business entity, not a party to the case, has a financial interest in the outcome of this litigation as defined in Local Rule 103.3 (D. Md.)

☒   The following corporate affiliations exist with  Integral Systems, Inc. & CVG, Incorporated:  Kratos Defense & Security Solutions, Inc. is the parent of Integral Systems, Inc. and the ultimate parent of CVG, Incorporated.

☐   The following corporations, unincorporated associations, partnerships or other business entities which are not parties may have a financial interest in the outcome of this litigation:

_____
(names of entities with possible financial interests)

 November 7, 2011                                              /s/
*Date*                                                                  *Signature*

Steven F. Benz                                     13353
*Printed Name*                                   *Bar Number*
Kellogg, Huber, Hansen, Todd, Evans & Figel, PLLC
1615 M St., N.W., Suite 400
*Address*

Washington, D.C. 20036
*City/State/Zip*

(202) 326-7929                         (202) 326-7999
*Phone No.*                                           *Fax No.*

U.S. District Court (6/13/2003) Disclosure of Corporate Interest